# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JONAS GLIDEWELL                                                 PLAINTIFF

v.                       No. 3:15-cv-3-DPM-JTK

JOEY MARTIN, Administrator,
Poinsett County Jail                                           DEFENDANT

## ORDER

Unopposed recommendation, № 7, declined. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Glidewell's complaint may well state a claim about giving some prisoners more food in return for them not suing the jail. But Glidewell hasn't kept his address current or given more details on his claim as directed. The complaint will therefore be dismissed for failure to prosecute. LOCAL RULE 5.5(c).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 March 2015