IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONAS GLIDEWELL                                                    PLAINTIFF

v.                           No. 3:15-cv-3-DPM

JOEY MARTIN, Administrator,
Poinsett County Jail                                               DEFENDANT

## JUDGMENT

Glidewell's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 March 2015